# United States Court of Appeals
## For the First Circuit

No. 06-2701

GLOBAL NAPS, INC.,

Plaintiff, Appellant,

v.

VERIZON NEW ENGLAND, INC., d/b/a VERIZON MASSACHUSETTS;
MASSACHUSETTS DEPARTMENT OF TELECOMMUNICATIONS AND ENERGY;
PAUL B. VASINGTON, in his capacity as Commissioner; JAMES
CONNELLY, in his capacity as Commissioner; W. ROBERT KEATING, in
his capacity as Commissioner; DEIRDRE K. MANNING, in her capacity
as Commissioner; EUGENE J. SULLIVAN, JR., in his capacity as
Commissioner,

Defendants, Appellees.

**ERRATA**

The opinion of this Court, issued on October 16, 2007, should
be amended as follows:

On page 3, line 2 of 1st paragraph, replace "customer" with
"customer's".

On page 4, lines 1-4 of 2nd paragraph, change the sentence to
read: "In the ISP Remand Order, the FCC adopted an interim
intercarrier compensation scheme, which became the sole vehicle for
such compensation as of June 14, 2001, to address the imbalance
caused by ISP traffic.".

On page 7, line 4 of 2nd paragraph, omit "the".

On page 10, line 2 of 2nd paragraph, insert "of" after
"issue".

On page 11, 3rd line of 3rd paragraph, insert "of" after "issue".

On page 12, line 3 of 2nd paragraph, omit "the" before "DTE's".